UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DOMINIQUE ADAMS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 20-05-WOB |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, UNITED STATES PENITENTIARY AT BIG SANDY, | ) ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **ENTERS** Judgment in favor of the Respondent, the Warden of the United States Penitentiary at Big Sandy.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 8th day of December, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

1